IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-281-KDB-DCK

| ANTHONY SUBER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Brian L. Kinsley, concerning Michael E. Gallant on June 27, 2019. Michael E. Gallant seeks to appear as counsel *pro hac vice* for Plaintiff Anthony Suber. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED** Michael E. Gallant is hereby admitted *pro hac vice* to represent Plaintiff Anthony Suber.

**SO ORDERED**.

Signed: June 27, 2019

_____
David C. Keesler
United States Magistrate Judge