# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-281-KDB-DCK

| | |
|---|---|
| ANTHONY SUBER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIOMET, INC.; BIOMET ORTHOPEDICS, ) <br> LLC; and BIOMET U.S. ) <br> RECONSTRUCTION, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Matthew Thomas Albaugh" (Document No. 7) filed by Paul J. Peralta, concerning Matthew Thomas Albaugh on August 23, 2019. Matthew Thomas Albaugh seeks to appear as counsel *pro hac vice* for Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Reconstruction, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Matthew Thomas Albaugh" (Document No. 7) is **GRANTED** Matthew Thomas Albaugh is hereby admitted *pro hac vice* to represent Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Reconstruction, LLC.

**SO ORDERED**.

Signed: August 23, 2019

David C. Keesler
United States Magistrate Judge