**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:19-CV-281-KDB-DCK**

| | | |
|---|---|---|
| **ANTHONY SUBER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BIOMET, INC.;  BIOMET ORTHOPEDICS,** | ) | |
| **LLC; and  BIOMET U.S.** | ) | |
| **RECONSTRUCTION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Emily Taylor Dodane" (Document No. 8) filed by Paul J. Peralta, concerning Emily Taylor Dodane on August 23, 2019.  Emily Taylor Dodane seeks to appear as counsel *pro hac vice* for Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Reconstruction, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Emily Taylor Dodane" (Document No. 8) is **GRANTED**.  Emily Taylor Dodane is hereby admitted *pro hac vice* to represent Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Reconstruction, LLC.

**SO ORDERED**.

Signed: August 23, 2019

David C. Keesler
United States Magistrate Judge