# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-281-KDB-DCK

| | |
|---|---|
| ANTHONY SUBER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) filed by Brian L. Kinsley, concerning Walter Kelley on January 22, 2020. Walter Kelly seeks to appear as counsel *pro hac vice* for Plaintiff Anthony Suber. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) is **GRANTED**. Walter Kelley is hereby admitted *pro hac vice* to represent Plaintiff Anthony Suber.

**SO ORDERED**.

Signed: January 22, 2020

David C. Keesler
United States Magistrate Judge